

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-13-00153-CR

Style: Jeffery Arthur Sydenstricker

v. The State of Texas

Date motion filed*: March 4, 2014

Type of motion: Extension of time to file State's brief

Party filing motion: State

Document to be filed: State's brief

Is appeal accelerated? No

If motion to extend time:
Original due date: November 15, 2013
Number of previous extensions granted: 2 Current Due date: January 15, 2014
Date Requested: April 2, 2014

Ordered that motion is:

☑ Granted in part, denied in part

If document is to be filed, document due: **March 28, 2014**

☑ The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

_____
_____
_____
_____
_____

Judge's signature: /s/ Laura Carter Higley
× Acting individually ☐ Acting for the Court

Panel consists of _____

Date: March 11, 2014

November 7, 2008 Revision